1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10                 **(HONORABLE GORDON THOMPSON, JR.)**

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, | ) Case No. 08CR1755-GT |
| 12 | Plaintiff, | ) |
| 13 | v. | ) ORDER TO CONTINUE |
| 14 | JOSE ANTONIO MEJIA, | ) CHANGE OF PLEA HEARING |
| 15 | Defendant. | ) |

**IT IS HEREBY ORDERED**, that the Change of Plea hearing in the above-mentioned case, for Mr. Mejia, who is in custody, be continued from June 16, 2008 at 9:30 a.m. until July 3, 2008 at 9:00 a.m. as stipulated and agreed upon by all parties.

**SO ORDERED.**

Dated: June 9, 2008

HONORABLE GORDON THOMPSON, JR.
United States District Judge